**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kelsey J. Fernandez** | Social Security number or ITIN   **xxx−xx−4758** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:  **18−27971**

---

# Order of Discharge

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kelsey J. Fernandez

<u>January 3, 2019</u>

**For the court:**  <u>Jeffrey P. Allsteadt, Clerk</u>
United States Bankruptcy Court

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                     Case No. 18-27971-DLT
Kelsey J. Fernandez                                        Chapter 7
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: admin            Page 1 of 1          Date Rcvd: Jan 03, 2019
                              Form ID: 318           Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2019.

```
db          +Kelsey J. Fernandez,    1342 Highridge Pkwy,    Westchester, IL 60154-3425
27135811    +Alejandro Fernandez,    c/o Johnson & Associates, P.C.,    887 N. LaSalle St.,
              Chicago, IL 60610-3219
27135812    +Alejandro Fernandez,    2519 S. Stratford Av.,    Westchester, IL 60154-5317
27189175    +Art of Natural Healing,    7627 Lake St,    Suite 201,    River Forest, IL 60305-1878
27135815     Bank of America,    Business Card,    PO Box 15796,    Wilmington, DE 19886-5796
27135816    +Chase,    P.O. Box 6026 Mailcode IL1-0054,    Chicago, IL 60680-6026
27135818     CitiCards,    Costco Anywhere Visa,    P.O. Box 790046,    Saint Louis, MO 63179-0046
27135819    +Coldwell Banker,    219 W. Hillgrove Av.,    La Grange, IL 60525-2301
27135820     Fifth Third Bank,    PO Box 740789,    Cincinnati, OH 45274-0789
27135822    +Gco-elf/glelsi,    2401 International Lane,    Madison, WI 53704-3121
27135823    +Glelsi/key Bank,    2401 International Lane,    Madison, WI 53704-3121
27135824    +Janet Maxwell Wickett,    350 S. Northwest Highway,    Suite 300,    Park Ridge, IL 60068-4262
27135825    +LendingUSA,    Attn: Bankruptcy Dept,    15303 Ventura Blvd. Suite 850,
              Sherman Oaks, CA 91403-6630
27135827     PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
27189174     EDI: HNDA.COM Jan 04 2019 06:03:00     Acura Financial Services,    Po Box 168088,
              Irving, TX 75016-8088
27135813     EDI: AMEREXPR.COM Jan 04 2019 06:03:00     American Express,    SimplyCash Plus Bus. Credit Card,
              Box 0001,    Los Angeles, CA 90096-8000
27135814     EDI: BANKAMER.COM Jan 04 2019 06:03:00     Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
              El Paso, TX 79998
27189193     EDI: CHASE.COM Jan 04 2019 06:03:00     Chase Card Services,    201 North Walnut Street,
              Attn: Mark Pascale,    Mail Stop DE-1-1406,    Wilmington DE 19801-2920
27135817    +EDI: CHASE.COM Jan 04 2019 06:03:00     Chase Card Services,    Correspondence Dept,
              Po Box 15298,    Wilmington, DE 19850-5298
27189194    +E-mail/Text: collectionbankruptcies.bancorp@53.com Jan 04 2019 01:19:31     Fifth Third Bank,
              1850 East Paris SE,    Grand Rapids MI 49546-6210
27135826    +E-mail/Text: electronicbkydocs@nelnet.net Jan 04 2019 01:18:54     Nelnet Loans,    Attn: Claims,
              Po Box 82505,    Lincoln, NE 68501-2505
27135828    +EDI: STF1.COM Jan 04 2019 06:03:00     Suntrust Mortgage,    Attn: Bankruptcy,
              P.O. Box 85092 MC VA-WMRK-7952,    Richmond, VA 23286-0001
27141199    +EDI: RMSC.COM Jan 04 2019 06:03:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
27135829    +EDI: RMSC.COM Jan 04 2019 06:03:00     Synchrony Bank/TJX,    Attn: Bankruptcy Dept,
              Po Box 965060,    Orlando, FL 32896-5060
                                                                              TOTAL: 10
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27135821*    Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH 45274-0789
                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2019 at the address(es) listed below:
```
         David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
          il64@ecfcbis.com;dl@trustesolutions.com;dl@trustesolutions.net;ECF@lodpl.com
         David P Lloyd    on behalf of Debtor 1 Kelsey J. Fernandez courtdocs@davidlloydlaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                              TOTAL: 3
```