**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 18-27971 |
| | § | |
| KELSEY J. FERNANDEZ | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/04/2018. The undersigned trustee was appointed on 10/04/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                                                  $135,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $4,189.00 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $89,915.93 |
    | Non-estate funds paid to 3rd Parties | $8,935.00 |
    | Exemptions paid to the debtor | $15,000.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $16,960.07 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/16/2019 and the deadline for filing government claims was 04/16/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,250.00, for a total compensation of $9,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $21.10, for total expenses of $21.10.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/10/2019         By:   /s/ David P. Leibowitz
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 18-27971 | | | Trustee Name: | David Leibowitz |
| Case Name: | FERNANDEZ, KELSEY J. | | | Date Filed (f) or Converted (c): | 10/04/2018 (f) |
| For the Period Ending: | 9/10/2019 | | | §341(a) Meeting Date: | 11/02/2018 |
| | | | | Claims Bar Date: | 04/16/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  2519 S. Stratford Ave. Westchester, IL - 60154-0000 Cook (50% interest) | $139,500.00 | $36,362.50 | | $135,000.00 | FA |
| **Asset Notes:** Updated per Amended Schedule C, filed 12/21/2018 (dkt #15) Sold estate's right, title, and interest in Debtor's half interest in this property per order entered 02/19/2019 (docket #24). | | | | | |
| 2  Land Lehigh Acres, Florida 1/4 acre vacant land | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 3  Ordinary furniture and household goods | $1,800.00 | $0.00 | | $0.00 | FA |
| 4  Ordinary electronics | $200.00 | $0.00 | | $0.00 | FA |
| 5  Max trainer | $200.00 | $0.00 | | $0.00 | FA |
| 6  Ordinary wearing apparel, including fashion jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 7  Wedding rings | $500.00 | $0.00 | | $0.00 | FA |
| 8  Checking JPMorgan Chase Bank | $1,300.00 | $0.00 | | $0.00 | FA |
| 9  Art of Natural Healing, Ltd. 51 % | $0.00 | $0.00 | | $0.00 | FA |
| 10  Art of Investing, LLC 50 % | $0.00 | $0.00 | | $0.00 | FA |
| 11  Xceed Acupuncture Inc. New corporation--has not commenced operation 100 % | $0.00 | $0.00 | | $0.00 | FA |
| 12  Child support owed by Alejandro Fernandez; to be determined by court | Unknown | $0.00 | | $0.00 | FA |
| 13  Potential right to husband's retirement account pursuant to QDRO | Unknown | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**   **Gross Value of Remaining Assets**

$145,700.00   $38,362.50   $135,000.00   $0.00

**Major Activities affecting case closing:**

06/30/2019   2019 Reporting Period:

Stratford Ave. house was sold, and estate recovered debtor's share. After review of claims and completion of tax responsibilities, case will be ready for TFR.

**FORM 1** Page No: 2  Exhibit A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |  | |
|---|---|---|---|
| **Case No.:** | 18-27971 | **Trustee Name:** | David Leibowitz |
| **Case Name:** | FERNANDEZ, KELSEY J. | **Date Filed (f) or Converted (c):** | 10/04/2018 (f) |
| **For the Period Ending:** | 9/10/2019 | **§341(a) Meeting Date:** | 11/02/2018 |
| | | **Claims Bar Date:** | 04/16/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   10/31/2019         **Current Projected Date Of Final Report (TFR):**   10/31/2019         /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 18-27971 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FERNANDEZ, KELSEY J. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6536 | Checking Acct #: | ******7101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/4/2018 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/10/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/15/2019 | | Citywide Title Corporation | 50% of Net Proceeds from Sale of Real Estate | * | $31,960.07 | | $31,960.07 |
| | {1} | | 50% of Gross Proceeds of Sale (per HUD-1)   $135,000.00 | 1110-000 | | | $31,960.07 |
| | | | Payoff of First Mortgage to SunTrust Bank (50%)   $(87,574.20) | 4110-000 | | | $31,960.07 |
| | | | County Property Taxes from 07/01/2018 - 03/14/2019 (50%)   $(2,341.73) | 4700-000 | | | $31,960.07 |
| | | | Miscellaneous Seller Credit (50%)   $(2,500.00) | 2500-000 | | | $31,960.07 |
| | | | CPL Fee to Title Company (50%)   $(25.00) | 2500-000 | | | $31,960.07 |
| | | | Title - DFI Policy Fee to State of IL (50%)   $(1.50) | 2500-000 | | | $31,960.07 |
| | | | Title - Owner's Title Insurance (50%)   $(720.00) | 2500-000 | | | $31,960.07 |
| | | | Title - Search Fee (50%)   $(237.50) | 2500-000 | | | $31,960.07 |
| | | | Title - Update Fee (50%)   $(75.00) | 2500-000 | | | $31,960.07 |
| | | | Title - Wire Fee (50%)   $(20.00) | 2500-000 | | | $31,960.07 |
| | | | Commission to Coldwell Banker (50%) (this broker was hired by non-debtor co-owner) (trustee did not require separate real estate broker)   $(8,347.50) | 8500-002 | | | $31,960.07 |
| | | | County Transfer Tax (50%)   $(67.50) | 2500-000 | | | $31,960.07 |
| | | | State Transfer Tax (50%)   $(135.00) | 2500-000 | | | $31,960.07 |
| | | | Recording Fee to CCRD (50%)   $(25.00) | 2500-000 | | | $31,960.07 |
| | | | Seller's Attorney Fee - Dorothy B. Johnson (50%) (this fee was paid to co-owner's attorney -estate did not need separate real estate counsel for closing)   $(375.00) | 8500-002 | | | $31,960.07 |
| | | | Survey Fee (50%) (non-debtor co-owner's surveyor - trustee did not require separate surveyor)   $(212.50) | 8500-002 | | | $31,960.07 |
| | | | Encroachment Endorsement (50%)   $(87.50) | 2500-000 | | | $31,960.07 |
| | | | Home Warranty to Home Warranty of America (50%)   $(295.00) | 2500-000 | | | $31,960.07 |
| | | | **SUBTOTALS** | | $63,920.14 | $0.00 | |

**FORM 2**
Page No: 2     Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-27971 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | FERNANDEZ, KELSEY J. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6536 | | Checking Acct #: | ******7101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/4/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/10/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/15/2019 | 3001 | KELSEY FERNANDEZ | Homeowner's Exemption | 8100-002 | | $15,000.00 | $16,960.07 |
| | | | **TOTALS:** | | $31,960.07 | $15,000.00 | $16,960.07 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $31,960.07 | $15,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $15,000.00 | |
| | | | **Net** | | $31,960.07 | $0.00 | |

| For the period of 10/4/2018 to 9/10/2019 | | For the entire history of the account between 03/15/2019 to 9/10/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $135,000.00 | Total Compensable Receipts: | $135,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $135,000.00 | Total Comp/Non Comp Receipts: | $135,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $94,104.93 | Total Compensable Disbursements: | $94,104.93 |
| Total Non-Compensable Disbursements: | $23,935.00 | Total Non-Compensable Disbursements: | $23,935.00 |
| Total Comp/Non Comp Disbursements: | $118,039.93 | Total Comp/Non Comp Disbursements: | $118,039.93 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 3  Exhibit B
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-27971 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | FERNANDEZ, KELSEY J. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6536 | | Checking Acct #: | ******7101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/4/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/10/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $31,960.07 | $15,000.00 | $16,960.07 |

**For the period of 10/4/2018 to 9/10/2019**

| | |
|---|---|
| Total Compensable Receipts: | $135,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $135,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $94,104.93 |
| Total Non-Compensable Disbursements: | $23,935.00 |
| Total Comp/Non Comp Disbursements: | $118,039.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/04/2018 to 9/10/2019**

| | |
|---|---|
| Total Compensable Receipts: | $135,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $135,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $94,104.93 |
| Total Non-Compensable Disbursements: | $23,935.00 |
| Total Comp/Non Comp Disbursements: | $118,039.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 18-27971 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | FERNANDEZ, KELSEY J. | | | | | | | | Date: 9/10/2019 |
| Claims Bar Date: | 04/16/2019 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $9,250.00 | $0.00 | $0.00 | $0.00 | $9,250.00 |
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $21.10 | $0.00 | $0.00 | $0.00 | $21.10 |
| | LAW OFFICES OF DAVID P. LEIBOWITZ, LLC  53 West Jackson Boulevard Suite 1115 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $17.27 | $0.00 | $0.00 | $0.00 | $17.27 |
| | LAW OFFICES OF DAVID P. LEIBOWITZ, LLC  53 West Jackson Boulevard Suite 1115 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| | LOIS WEST  35 East Wacker Drive Suite 690 Chicago IL 60601 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $1,163.00 | $0.00 | $0.00 | $0.00 | $1,163.00 |
| 1 | NELNET  121 South 13th Street, Suite 201 Lincoln NE 68508 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $62,133.53 | $0.00 | $0.00 | $0.00 | $62,133.53 |
| 2 | AMERICAN EXPRESS NATIONAL BANK  c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $8,926.17 | $0.00 | $0.00 | $0.00 | $8,926.17 |

# CLAIM ANALYSIS REPORT

Page No: 2
Exhibit C

| Case No. | 18-27971 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | FERNANDEZ, KELSEY J. | | | | | | | | Date: 9/10/2019 |
| Claims Bar Date: | 04/16/2019 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | PYOD, LLC<br><br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,344.44 | $0.00 | $0.00 | $0.00 | $1,344.44 |
| 4 | FIFTH THIRD BANK<br><br>PO Box 9013<br>Addison TX 75001 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $71,065.57 | $0.00 | $0.00 | $0.00 | $71,065.57 |
| 5 | FIFTH THIRD BANK<br><br>PO Box 9013<br>Addison TX 75001 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $18,956.93 | $0.00 | $0.00 | $0.00 | $18,956.93 |
| | | | | | $174,378.01 | $0.00 | $0.00 | $0.00 | $174,378.01 |

**CLAIM ANALYSIS REPORT**

Page No: 3
Exhibit C

| Case No. | 18-27971 | | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | FERNANDEZ, KELSEY J. | | | | Date: | 9/10/2019 |
| Claims Bar Date: | 04/16/2019 | | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- |
| Accountant for Trustee Fees (Other Firm) | $1,163.00 | $1,163.00 | $0.00 | $0.00 | $0.00 | $1,163.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $17.27 | $17.27 | $0.00 | $0.00 | $0.00 | $17.27 |
| Attorney for Trustee Fees (Trustee Firm) | $1,500.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| General Unsecured § 726(a)(2) | $62,133.53 | $62,133.53 | $0.00 | $0.00 | $0.00 | $62,133.53 |
| Payments to Unsecured Credit Card Holders | $100,293.11 | $100,293.11 | $0.00 | $0.00 | $0.00 | $100,293.11 |
| Trustee Compensation | $9,250.00 | $9,250.00 | $0.00 | $0.00 | $0.00 | $9,250.00 |
| Trustee Expenses | $21.10 | $21.10 | $0.00 | $0.00 | $0.00 | $21.10 |

Case 18-27971    Doc 31    Filed 10/01/19    Entered 10/01/19 10:32:43    Desc Main
                Document      Page 11 of 13

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 18-27971
Case Name: KELSEY J. FERNANDEZ
Trustee Name: David P. Leibowitz

|  |  |
|---|---:|
| Balance on hand: | $16,960.07 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $16,960.07 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| DAVID P. LEIBOWITZ, Trustee Fees | $9,250.00 | $0.00 | $9,250.00 |
| David P. Leibowitz, Trustee Expenses | $21.10 | $0.00 | $21.10 |
| Law Offices of David P. Leibowitz, LLC, Attorney for Trustee Fees | $1,500.00 | $0.00 | $1,500.00 |
| Law Offices of David P. Leibowitz, LLC, Attorney for Trustee Expenses | $17.27 | $0.00 | $17.27 |
| Lois West, Accountant for Trustee Fees | $1,163.00 | $0.00 | $1,163.00 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $11,951.37 |
| Remaining balance: | $5,008.70 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $5,008.70 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|                          | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|                          | Remaining balance:                   | $5,008.70 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $162,426.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Nelnet | $62,133.53 | $0.00 | $1,915.99 |
| 2 | American Express National Bank | $8,926.17 | $0.00 | $275.25 |
| 3 | PYOD, LLC | $1,344.44 | $0.00 | $41.46 |
| 4 | Fifth Third Bank | $71,065.57 | $0.00 | $2,191.43 |
| 5 | Fifth Third Bank | $18,956.93 | $0.00 | $584.57 |

|   | Total to be paid to timely general unsecured claims: | $5,008.70 |
|---|---|---|
|   | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|   | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |