XIN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| KELSEY J. FERNANDEZ | ) | |
| | ) | Case No. 18 B 27971 |
| | ) | |
| | ) | Hon. Deborah L. Thorne |
| **Debtor** | ) | Bankruptcy Judge |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

NOW COMES DAVID P. LEIBOWITZ, Trustee herein, pursuant to 11 U.S.C. §326 and §330, and requests $9,250.00 as compensation, $0.00 of which has previously been paid, and $21.10 for reimbursement of expenses, $0.00 of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor but including holders of secured claims, are $120,000.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first 5,000 | $1,250.00 | ($1250.00 max.) |
| 10% of next 45,000 | $4,500.00 | ($4500.00 max.) |
| 5% of next 950,000 | $3,500.00 | ($47,500.00 max.) |
| 3% of balance | $0.00 | |

| | |
|---|---|
| TOTAL COMPENSATION ALLOWED | $9,250.00 |
| TOTAL COMPENSATION REQUESTED | $9,250.00 |

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| COPIES (of NFR, at 10¢ per page) | $2.40 |
| POSTAGE (to mail NFR, distribution checks, tax returns, and 505(b) requests for prompt determination | $10.70 |
| RESEARCH (Accurint reports on Debtor and related assets) | $8.00 |
| TOTAL EXPENSES | $21.10 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:   10/02/2019

/s/David P. Leibowitz
David P. Leibowitz, Trustee
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604